JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BENNIE GARRETT TRAPP, JR.,

Plaintiff,

v.

CLEM VICTOR MANRIQUE et al.,

Defendants.

Case No. 2:26-cv-06038-SB-PD

FINAL JUDGMENT

For the reasons stated in the separate order of dismissal entered this date, it is ordered and adjudged that Plaintiff's claims are dismissed without prejudice.

This is a final judgment.

Date: July 17, 2026

Stanley Blumenfeld, Jr.
United States District Judge